UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

Allen Jones, Jr.  
Otelia M. Jones

Case No:    12-36980-KLP

Debtor(s)

## NOTICE OF CONVERSION OF
## CHAPTER 13 CASE TO CHAPTER 7

Pursuant to 1 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code) on the grounds set forth below.

1. On __**December 7, 2012**__, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date:  10/24/2013                Signature:   /s/Allen Jones, Jr.
                                              Allen Jones, Jr.
                                              Debtor

Date:  10/24/2013                Signature:   /s/Otelia M. Jones
                                              Otelia M. Jones
                                              Joint Debtor

/s/ Jessica L. Fellows  
Jessica L. Fellows, Esq.  VSB#82095  
Debtor(s) Counsel  
America Law Group, Inc.  
t/a The Debt Law Group, PLLC  
2800 N Parham Rd, Ste 100  
Richmond, VA 23294  
Ph   (804) 308-0051  
Fax (804) 308-0053  

Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this 25th day of October, 2013, to U.S. Trustee's office, and to all necessary creditors.

/s/ Jessica L. Fellows  
Jessica L. Fellows, Esq.