UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  Allen Jones, Jr.                                    Case No.: 12-36980-KLP
        Otelia M. Jones                                     Chapter 7

        Debtor(s)

Schedule of Unpaid Debts After Commencement of Chapter 13

United Consumers, Inc.
P. O. Box 4466
Woodbridge, VA 22194-4466

MCV Physicians
1601 Willow Lawn Drive, Ste. 275
Richmond, VA 23230

Convergent Outsourcing, Inc.
800 SW 39th Street
Renton, WA 98057-4975

Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Ste. 500
Weldon Spring, MO 63304

/s/ Jessica L. Fellows
Counsel for Debtor(s)
VSB# 82095
America Law Group, Inc.
t/a Debt Law Group, PLLC
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428